[No. 1996-2.   Division Two.   March 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EUGENE BUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1898, Terence Hanley, J., entered July 29, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1489-3.   Division Three.   March 16, 1976.]

CHARLES A. PERKINS, ET AL, *Respondents*, v. UNITED BUILDERS OF WASHINGTON, INC., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 22354, Felix Rea, J., entered March 7, 1975. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3105-1.   Division One.   March 22, 1976.]

RICHARD A. GEEHAN, ET AL, *Respondents*, v. DAVID HUDESMAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 763182, Ward Roney, J., entered May 20, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3600-1.   Division One.   March 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY DELMORE WISEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8517, Marshall Forrest, J., entered January 10, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Callow, J.